## Caldwell, Dan (USAGAN)

| | |
|---|---|
| From: | Caldwell, Dan (USAGAN) |
| Sent: | Tuesday, September 23, 2008 2:56 PM |
| To: | 'lchristine13@hotmail.com' |
| Cc: | Cromwell, Charlie (USAGAN) |
| Subject: | Answer & Counterclaim w/ discovery documents - Israel v. U.S. Education Department |

Dear Ms. Israel:

Enclosed are electronic copies of the following documents that previously have been served upon you by mailing true copies thereof to the following address:

3960 Church View Lane
Suwanee GA 30024

1. Answer and Counterclaim of defendant U.S. Education Department filed July 22, 2008


Answer and
ounterclaim Stampe.

2. Interrogatories, Requests for Production, and Requests for Admissions served July 22, 2008

  
First              First Requests For   First Requests For
Interrogatories.pdf   Admissions....       Production....

3. Certificate of service for discovery served July 22, 2008


Discovery
Certificate.pdf

4. Letter dated September 9, 2008, regarding failure to respond to Counterclaim or discovery requests


September 8 2008
Ltr.pdf

5. Certified mail receipt and Postal Service record of attempted delivery for letter dated September 8, 2008


Certified
Receipt.pdf

Please confirm receipt of this e-mail.

With regard to your contention the attached documents were not delivered to you, please be advised I have spoken with the U.S. Post Office in Suwanee today and been advised that the Postal Service is not aware of any ongoing problems with mail delivery in your area.

**DEFENDANT'S EXHIBIT D**

1

Please contact me by e-mail or at 404-581-6224 if additional information may be provided.

Sincerely
Daniel A. Caldwell
Assistant U.S. Attorney
600 Richard B. Russell Federal Building
75 Spring street SW
Atlanta GA 30303