IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| CHRISTINE ANN ISRAEL, | : | BANKRUPTCY CASE NO. |
| | : | |
| Debtor. | : | 04-17006-WHD |
| _____ | : | |
| | : | JUDGE DRAKE |
| CHRISTINE ANN ISRAEL, | : | |
| | : | |
| Plaintiff, | : | ADVERSARY PROCEEDING NO. |
| v. | : | |
| | : | 08-1701 |
| U.S. DEPARTMENT OF EDUCATION, | : | |
| (substituted for DIRECT LOANS), | : | |
| | : | |
| Defendant. | : | |

CERTIFICATION BY COUNSEL FOR DEFENDANT
U.S. DEPARTMENT OF EDUCATION OF
GOOD FAITH ATTEMPT TO CONFER AND SECURE
<u>DISCOVERY RESPONSES BY *PRO SE* PLAINTIFF CHRISTINE ANN ISRAEL</u>

Pursuant to BLR 7037-1(b), the undersigned counsel for defendant U.S. Department of Education hereby certifies that *pro se* plaintiff Christine Ann Israel and counsel for defendant have exchanged written and electronic communications in an effort to secure further disclosures by plaintiff, in response to defendant's Requests for Production Numbers One, Two, Three, Six, and Seven, without intervention by the Bankruptcy Court.

Because those discussions were not successful, defendant shall be filing with the Court on this date a motion to compel further responses by *pro se* plaintiff to those discovery responses, which


DEFENDANT'S
EXHIBIT
A

defendant contends are reasonably calculated to lead to the discovery of admissible evidence in this adversary proceeding.

This __22nd__ day of December, 2008

                      Respectfully submitted,

                      DAVID E. NAHMIAS
                      UNITED STATES ATTORNEY

                      */s/ Daniel A. Caldwell*
                      DANIEL A. CALDWELL
                      ASSISTANT UNITED STATES ATTORNEY
                      Georgia Bar No. 102510

                      600 Richard B. Russell Bldg.
                      75 Spring Street SW
                      Atlanta, GA 30303

                      Telephone: (404) 581-6224
                      Facsimile: (404) 581-6181

                      Counsel for defendant
                      U.S. Department of Education