

U.S. Department of Justice

United States Attorney
Northern District of Georgia



Suite 600 Richard Russell Building  Telephone (404)581-6224
75 Spring Street, S.W.                Fax       (404)581-6150
Atlanta, Georgia 30303

September 8, 2008

Christine Ann Israel                BY CERTIFIED MAIL
3960 Church View Lane
Suwanee, GA 30024

    Re:  <u>Christine Israel v. U.S. Department of Education</u>
         Bankruptcy Case No. A04-17006-WHD
         Adversary Proceeding No. 08-1701
         USBC ND GA

Dear Ms. Israel:

    This is reference to:

    The Counterclaim filed against you by defendant U.S. Department of Education, a copy of which is attached hereto, to which no response has been filed as of this date;

    Defendant's First Set of Requests for Admissions, copies of which are attached hereto, which were served upon you by first class mail on July 22, 2008, and to which no responses have been filed as of this date; and

    Defendant's First Set of Interrogatories and First Set of Requests for Production of Documents, copies of which are attached hereto, which were served upon you by first class mail on July 22, 2008, and to which no responses have been filed as of this date.

    Under the provisions of the Rule 7012 of the Federal Rules of Bankruptcy Procedure, a reply to a Counterclaim is to be filed within twenty (20) days of service of the Counterclaim. Because you have declined to file a response to the Counterclaim that was properly served upon you, it is my assumption you do not oppose entry of judgment against you for the relief sought through that Counterclaim. Accordingly, please contact me to discuss whether a consent order and judgment can be prepared that grants the relief sought through defendant's Counterclaim.

**DEFENDANT'S EXHIBIT C**

Christine Ann Israel
Israel v. U.S. Education Dept.
Page Two

    Under the provisions of Rule 7036 of the Federal Rules of Bankruptcy Procedure, a matter for which an admission has been requested shall be deemed admitted unless, within thirty (30) days of service of a Request for Admission, the party to whom the Request for Admission is directed serves upon the party requesting the admission a written answer or objection addressed to the matter. Please be advised that because no responses have been served by you to the Requests for Admissions that were served properly upon you, the matters for which such admissions have been sought are deemed to be admitted.

    Under the provisions of Rules 7033 and 7034 of the Federal Rules of Bankruptcy Procedure, responses to Interrogatories and Requests for Production were to have been served within thirty (30) days of service of those discovery requests upon you. Pursuant to Local Rule 7037-2(a) for the U.S. Bankruptcy court for the Northern District of Georgia, this is to request that responses to Interrogatories and Requests for Production that previously have been served upon you be provided, by mailing true copies thereof to my attention, on or before Friday, September 19, 2008. A motion to compel such responses, with a request for entry of appropriate sanctions against you, shall be filed if complete responses are not received by me on or before September 19, 2008.

    Please contact me, at (404) 581-6224, if additional information may be provided. Your prompt response to these inquiries will be appreciated.

                                          Sincerely,

                                          DAVID E. NAHMIAS
                                          UNITED STATES ATTORNEY

                                          */s/ Daniel A. Caldwell*

                                          DANIEL A. CALDWELL
                                          ASSISTANT UNITED STATES ATTORNEY

Enclosures